FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 07 2015

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 4:15CR 179 |
| | § | |
| CHRISTIAN EUSEBIO DELGADO (1) | § | Judge Mazzant |
| RUBEN RODRIGUEZ (2) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

                                   Violation: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Methamphetamine)

That between July 10, 2015 and on or about September 10, 2015, in the Eastern District of Texas and elsewhere, **Christian Eusebio Delgado,** and **Ruben Rodriguez,** defendants, did knowingly and intentionally combine, conspire, and agree with each other, and with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Two

Violation: 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

That on or about September 10, 2015, in the Northern District of Texas and elsewhere, **Christian Eusebio Delgado,** and **Ruben Rodriguez,** defendants, did knowingly possess a firearm, namely, a Glock 32, .357 caliber handgun, serial number TRP246 and a Glock 32, .357 caliber handgun, serial number GKG542 in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with intent to distribute methamphetamine, as alleged in Count One of this Indictment, in violation of 21 U.S.C. § 846.

All in violation of 18 U.S.C. § 924(c).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Criminal Forfeiture Pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853

As a result of committing the offenses charged in this Indictment, the defendants shall forfeit to the United States all property, real and personal, involved in the offenses alleged or traceable to such property, and all property, real or personal, used to commit or facilitate the offenses alleged, including, but not limited to, the following:

1.  A Glock 32, .357 caliber handgun, Serial Number TRP246.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of any defendant –

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third person;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(a)(4), to seek forfeiture of any other property of each defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by each defendant.

By virtue of the commission of the offenses alleged in this Indictment, any and all interest that each defendant has in the above-described property is vested in and hereby forfeited to the United States.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____      10-7-15
JAY R. COMBS                            Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 4:15CR |
| | § Judge |
| CHRISTIAN EUSEBIO DELGADO (1) | § |
| RUBEN RODRIGUEZ (2) | § |

## NOTICE OF PENALTY

### Count One

Violation:       21 U.S.C. § 846

Penalty:         If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 50 grams or more of Methamphetamine (actual) -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five (5) years.

Special Assessment: $100.00

### Count Two

Violation:       18 U.S.C. § 924(c) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Penalty:         Imprisonment for not less than five years and not more than life; a fine not to exceed $250,000, or both.   A term of supervised release of not more than five years.

Special Assessment: $100.00